**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Middle District of Florida

Case number (*If known*): _____ Chapter ____11____

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | Wisdom Dental, P.A. |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Ave Maria Dentistry |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 81-0795495 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 5064 Annunciation Circle | |
| Number        Street | Number        Street |
| Suite 101 | |
| | P.O. Box |
| Ave Maria            FL     34142 | |
| City                          State    ZIP Code | City                          State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Collier County | |
| County | Number        Street |
| | |
| | City                          State      ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | avemariadentistry.com |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

Debtor   Wisdom Dental, P.A.
_____   Case number (if known)_____
         Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                              MM / DD / YYYY

         District _____  When _____  Case number _____
                                              MM / DD / YYYY

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

         District _____  When _____
                                                               MM  /  DD  / YYYY

         Case number, if known _____

| Debtor | Wisdom Dental, P.A. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
            Number          Street

_____

_____
City                                                State          ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Wisdom Dental, P.A. | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/06/2025
        MM / DD / YYYY

✖ /s/ Wisdom Akpaka                          Wisdom Akpaka
Signature of authorized representative of debtor    Printed name

Title  President

**18. Signature of attorney**

✖ /s/ Michael Dal Lago            Date  08/06/2025
Signature of attorney for debtor          MM    / DD / YYYY

Michael Dal Lago
Printed name

Dal Lago Law
Firm name

999 Vanderbilt Beach Rd. Suite 200
Number        Street

Naples                                  FL        34108
City                                    State     ZIP Code

2395716877                              mike@dallagolaw.com
Contact phone                           Email address

102185                                  FL
Bar number                              State

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Wisdom Dental, P.A.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Middle District of Florida<br>(State)</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

---

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ..........................................................

    $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................

    $ _____ 223,970.28

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* .........................................................

    $ _____ 223,970.28

---

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................

    $ _____ 2,639,227.40

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*.................................................................

    $ _____ 119,455.41

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ..........................................

    +$ _____ 93,087.22

4. **Total liabilities**.................................................................................................
    Lines 2 + 3a + 3b

    $ _____ 2,851,770.03

---

**Fill in this information to identify the case:**

Debtor name _____Wisdom Dental, P.A._____

United States Bankruptcy Court for the: __Middle District of Florida_____

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Internal Revenue Service PO Box 7346 Philadelphia, PA, 19101-7346 | Internal Revenue Services | Taxes & Other Government Units | | | | 89,460.41 |
| 2 Shell Consulting Group, LLC 3960 Radio Road Suite 102 Naples, FL, 34104 | | Services | | | | 31,123.06 |
| 3 Discover Financial Services, Inc P O Box 30923 Salt Lake City , UT, 84130 | | Credit Card Debt | | | | 20,137.00 |
| 4 Bank of America Corporation P O Box 15710 Wilmington, DE, 19886 | | Credit Card Debt | | | | 15,528.88 |
| 5 Elan Financial Services P O BOX 790408 ST. Louis, MI, 63179 | | Credit Card Debt | | | | 8,200.11 |
| 6 BonaDent Dental Laboratories 3189 Princeton Rd Suite 217 Hamilton, OH, 45011 | Bonadent Lab | Suppliers or Vendors | | | | 7,626.97 |
| 7 Dr Ken Munoz 15522 Mark Lane Unit 2208 Naples, FL, 34119 | | Wages, Salaries, Commissions | | | | 6,914.00 |
| 8 Midwest Dental Arts 1291 HWY 965 Swisher, IA, 52338 | | Suppliers or Vendors | | | | 6,126.45 |

| Debtor | Wisdom Dental, P.A. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Dr Nicole Ricart 15522 Mark Lane Unit 2208 Naples, FL, 34119 | | Wages, Salaries, Commissions | | | | 5,684.00 |
| 10 | Ave Maria Development, LLLP 2600 Golden Gate Parkway Naples, FL, 34105 | | Rent | | | | 4,344.75 |
| 11 | Christina Pinero 1481 Desoto Blvd S Naples, FL, 34117 | | Wages, Salaries, Commissions | | | | 1,920.00 |
| 12 | Jacqueline Arce 1292 Allegience Way Immokalee, FL, 34143 | | Wages, Salaries, Commissions | | | | 1,900.00 |
| 13 | Zahily Gomez Garcia 2885 27th Ave NE Naples, FL, 34120 | | Wages, Salaries, Commissions | | | | 1,764.00 |
| 14 | Dr Martha Bedoya 9242 Shadow Oak Lane Naples, FL, 34120 | | Wages, Salaries, Commissions | | | | 1,520.00 |
| 15 | Yanelin Martin 2263 16th St NE Naples, FL, 34120 | | Wages, Salaries, Commissions | | | | 1,504.00 |
| 16 | Dr. Helem Gutierrez 6611 NW 20th Street Pompano Beach, FL, 33063 | | Wages, Salaries, Commissions | | | | 1,230.00 |
| 17 | Daniela Fernandez 1420 Desoto Blvd S Naples, FL, 34117 | | Wages, Salaries, Commissions | | | | 1,152.00 |
| 18 | Maybi Torres 5120 Salerno St Immokalee, FL, 34142 | | Wages, Salaries, Commissions | | | | 1,128.00 |
| 19 | Elier Abreut Perez 1200 Sw 91st Ave Miami, FL, 33174 | | Wages, Salaries, Commissions | | | | 1,080.00 |
| 20 | Nallely Sanchez 1982 Alexander Circle Immokalee, FL, 34142 | | Wages, Salaries, Commissions | | | | 912.00 |

**Fill in this information to identify the case:**

Debtor name _Wisdom Dental, P.A._

United States Bankruptcy Court for the: _Middle District of Florida_

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | Current value of debtor's interest |
|---|---|---|

2. **Cash on hand**                                                       $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Seacoast Banking Corporation of Florida | Checking | 7  1  7  5 | $ 200.00 |
| 3.2. See continuation sheet | | | $ 650.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____     $_____
   4.2. _____     $_____

5. **Total of Part 1**                                                    $ 850.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____     $_____
   7.2. _____     $_____

Debtor ___Wisdom Dental, P.A._____      Case number *(if known)*_____
              Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                            $_____

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

| 11a. 90 days old or less: | 183,911.76 | − | 36,000.00 | = ........➤ | $ 147,911.76 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b. Over 90 days old: | 122,508.52 | − | 100,000.00 | = ........➤ | $ 22,508.52 |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.       $ 170,420.28

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1. MJ Capital Funding Receivership | Current Balance | $ 0.00 |
|---|---|---|
| 14.2. | | $ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

| 15.1. | _____% | | $ |
|---|---|---|---|
| 15.2. | _____% | | $ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1. | | $ |
|---|---|---|
| 16.2. | | $ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                          $ 0.00

---

Debtor      Wisdom Dental, P.A.
            _____      Case number (if known)_____
            Name

---

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> Disposables and Daily Uses | ___ MM / DD / YYYY | $_____ | Replacement Value <br> _____ | 2,000.00 <br> $_____ |
| 20. **Work in progress** <br> _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** <br> _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** <br> _____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 2,000.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes. Book value _____   Valuation method Replacement Value   Current value 2,000.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish <br> | $_____ | | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | _____ | $_____ |

---

Debtor    Wisdom Dental, P.A.
_____    Case number (if known)_____
          Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | $_____ | _____ | $_____ |
| **40. Office fixtures** <br> Office Furniture | $_____ | Replacement Value | $ 700.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** <br> Computers | $_____ | Liquidation Values | $ 1,000.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 1,700.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Wisdom Dental, P.A.                  Case number (*if known*)_____
       Name

---

| **Part 8:** | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See continuation sheet | $ 0.00 | _____ | $ 49,000.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.                           $ 49,000.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | Wisdom Dental, P.A. | | Case number (if known) |
|---|---|---|---|
| | Name | | |

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
   ☐ No. Go to Part 10.
   ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | Leased office unit addressed 5064 Annunciation Circle, Suite 101, Ave Maria, FL 34142 | Leasehold | $_____ | _____ | Unknown<br>$_____ |
| 55.2 | | | $_____ | _____ | $_____ |
| 55.3 | | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   | $ 0.00 |
   |---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
   ☐ No. Go to Part 11.
   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>https://avemariadentistry.com/ | $_____ | _____ | Unknown<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br>Eaglesoft Dental Practice Management Software | $_____ | _____ | Unknown<br>$_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Client List (No Noncompete) | $_____ | _____ | Unknown<br>$_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   | $ 0.00 |
   |---|

| Debtor | Wisdom Dental, P.A. | Case number *(if known)* |
|---|---|---|
| | Name | |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

### Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | | | **Current value of debtor's interest** |
|---|---|---|---|

**71. Notes receivable**

Description (include name of obligor)

_____    0.00 _____ – 0.00 _____ = ➜   $ 0.00 _____
Total face amount    doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

**73. Interests in insurance policies or annuities**

_____    $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

MJ Capital Funding Receivership _____    $ 0.00 _____

**Nature of claim**    Fraud _____

**Amount requested**    $ 1,756,000.00 _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

**Nature of claim**    _____

**Amount requested**    $_____

**76. Trusts, equitable or future interests in property**

_____    $_____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 0.00 _____

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    Wisdom Dental, P.A.
_____
Name

Case number (if known)_____

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 850.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 170,420.28 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 2,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 1,700.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 49,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...................................................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 223,970.28 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.  ................................................  223,970.28
$ 223,970.28

| Debtor 1 | Wisdom Dental, P.A. | | | Case number (if known)_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| Bank of America Corporation | Checking | 8110 |
| Balance: 500.00 | | |
| Seacoast Banking Corporation of Florida | Checking | 0660 |
| Balance: 150.00 | | |
| TD Bank | Checking | |
| Balance: 0.00 | | |

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| 7 Dental Chairs | | Liquidation Value | 11,000.00 |
| CT Scanner | | Liquidation Value | 8,000.00 |
| iTero Elements Intraoral Scanner | | Liquidation Value | 10,000.00 |
| 3D Printer | | Liquidation | 20,000.00 |

**Fill in this information to identify the case:**

Debtor name ___Wisdom Dental, P.A.___

United States Bankruptcy Court for the: ___Middle District of Florida___

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**
**Creditor's name**
Alo Capital Funding

**Creditor's mailing address**
1515 Pine St.
Lakewood, NJ 08701

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**Describe debtor's property that is subject to a lien**
Receivables

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ Unknown
Column B: $ Unknown

**2.2**
**Creditor's name**
Capytal

**Creditor's mailing address**
66 Avenue de New York
75116 Paris, France,

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Receivables

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $Unknown
Column B: $Unknown

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 2,639,227.40

Debtor    Wisdom Dental, P.A.
_____
Name

Case number (*if known*)_____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.3** | **Creditor's name**
CHTD Company
_____

**Creditor's mailing address**

P.O. Box 2576
Springfield, IL 62708
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    [                    ]

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Receivables

$ Unknown          $ Unknown

**Describe the lien**

Security Interest

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

---

**2.4** | **Creditor's name**
Fox Funding Group
_____

**Creditor's mailing address**

803 S 21st Ave
Hollywood, FL 33020
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    [                    ]

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Receivables

$ Unknown          $ Unknown

**Describe the lien**

Security Interest

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor   Wisdom Dental, P.A.
_____   Case number (if known)_____
Name

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** **Creditor's name**
Fresh Funding Solutions Inc
_____

**Creditor's mailing address**

42 Broadway
_____
Ste. 1815, New York, NJ 10004
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    [                                    ]
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Receivables

**Describe the lien**
Security Interest,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$0.00      $Unknown

---

**2.6** **Creditor's name**
Highland Capital Corporation
_____

**Creditor's mailing address**

370 Pascack Road,
_____
Washington, NJ 07676
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    [                                    ]
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

iTero Elements Intraoral Scanner

**Describe the lien**
FL UCC-1 Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$49,227.40      $ 10,000.00

---

Debtor    Wisdom Dental, P.A.
_____    Case number *(if known)* _____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7**  **Creditor's name**
Lotus Funding Group LLC
_____

**Creditor's mailing address**

7 Elmwood Drive
301-3L, New City, NY 10956
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

    [_____]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Receivables

$ Unknown    $ Unknown

**Describe the lien**

Security Interest
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

---

**2.8**  **Creditor's name**
Newco Capital Group
_____

**Creditor's mailing address**

333 W Commercial st
Suite 324, East Rochester, NY 14445
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

    [_____]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Receivables

$ Unknown    $ Unknown

**Describe the lien**

Security Interest
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

---

| Debtor | Wisdom Dental, P.A. | Case number (if known) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.9 Creditor's name**
Plexe LLC

**Creditor's mailing address**

6295 Greenwood Plaza Blvd
Suite 100, Englewood, CO 80111

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    [                                    ]

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Receivables

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: $0.00
Column B: $0.00

---

**2.10 Creditor's name**
Seacoast National Bank

**Creditor's mailing address**

815 Colorado Avenue
Stuart, FL 34995

**Creditor's email address, if known**

**Date debt was incurred** 04/28/2018
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
    ☑ No. Specify each creditor, including this creditor, and its relative priority.

    [ Seacoast National Bank, 1st;<br>    Seacoast National Bank, 2nd ]

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

iTero Elements Intraoral Scanner, CT Scanner, 7 Dental Chairs, Office Furniture, Disposables and Daily Uses, Accounts Receivable, Computers, 3D Printer

**Describe the lien**
Security Interest, All Assets

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $290,000.00
Column B: $223,970.28

---

| Debtor | Wisdom Dental, P.A. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.11** **Creditor's name**
Seacoast National Bank

_____

**Creditor's mailing address**

815 Colorado Ave
PO Box 9012, Stuart, FL 34995

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**  12/07/2025
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    [ _____ ]

    ☑ Yes. The relative priority of creditors is specified on lines  2.4

**Describe debtor's property that is subject to a lien**

iTero Elements Intraoral Scanner, CT Scanner, 7 Dental Chairs, Office Furniture, Disposables and Daily Uses, Accounts Receivable, Computers, 3D Printer

**Describe the lien**
Security Interest, All Assets

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,100,000.00        $223,970.28

---

**2.12** **Creditor's name**
The LCF Group, Inc.

_____

**Creditor's mailing address**

3000 Marcus Avenue
Suite 2W15, New Hyde Park, NY 11042

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    [ _____ ]

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Receivables

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$0.00        $ Unknown

---

Debtor    Wisdom Dental, P.A.
_____
Name

Case number (if known)_____

| Part 1: | Additional Page | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.13** **Creditor's name**
U.S. Small Business Administration
_____

**Creditor's mailing address**

51 SW 1st Avenue
_____
Suite 201, Miami, FL 33130
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

[   ]

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

iTero Elements Intraoral Scanner, CT Scanner, 7 Dental Chairs, Office Furniture, Disposables and Daily Uses, Accounts Receivable, Computers, 3D Printer, https://avemariadentistry.com/

**Describe the lien**
Security Interest, All Assets
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,200,000.00    $223,970.28

---

**2.14** **Creditor's name**
Unknown Creditor (FL UCC-1 202300250433)
_____

**Creditor's mailing address**

c/o Corporation Service Company as Repre
_____
P.O. Box 2576, Springfield, IL 62708
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

[   ]

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Receivables

**Describe the lien**
Security Interest
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$ Unknown    $ Unknown

---

Debtor   Wisdom Dental, P.A.
_____
         Name

Case number (if known)_____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.15** **Creditor's name**
Unknown Creditor (FL UCC-1 Lien No. 202202430634)
_____

**Describe debtor's property that is subject to a lien**

Receivables

$Unknown         $Unknown

**Creditor's mailing address**

c/o C T Corporation System, as Representa
333 N Brand Blvd, Suite 700, Glendale, CA

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**
Security Interest
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

**2.16** **Creditor's name**
Unknown Creditor (FL UCC-1 Lien No. 202301193610)
_____

**Describe debtor's property that is subject to a lien**

Receivables

$ Unknown         $ Unknown

**Creditor's mailing address**

c/o C T CORPORATION SYSTEM as Repr
333 N BRAND BLVD, SUITE 700, Glendale

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**
Security Interest
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

Debtor    Wisdom Dental, P.A.
_____
Name

Case number _____
*(if known)*

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.17 Creditor's name**
Unknown Creditor (FL UCC-1 Lien No. 202403051487)
_____

**Creditor's mailing address**

c/o C T CORPORATION SYSTEM as Repr
_____
333 N BRAND BLVD, SUITE 700, Glendale
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Receivables

$ Unknown          $ Unknown

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

**2.18 Creditor's name**
Unknown Creditor (FL UCC-1 No. 202005117704)
_____

**Creditor's mailing address**

c/o C T Corporation System, as Representa
_____
330 N Brand Blvd, Suite 700, Glendale, CA
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Receivables

$ Unknown          $ Unknown

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

Debtor    Wisdom Dental, P.A.
_____
Name

Case number *(if known)*_____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the value of collateral. | **that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.19** **Creditor's name**
Unknown Creditor (FL UCC-1 No. 202202784272)
_____

**Describe debtor's property that is subject to a lien**

Receivables

$Unknown          $Unknown

**Creditor's mailing address**

c/o Corporation Service Company as Repre
P.O. Box 2576, Springfield, IL 62708
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Describe the lien**

Security Interest
_____

**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.20** **Creditor's name**
Unknown Creditor (FL UCC-1 No. 202106886990)
_____

**Describe debtor's property that is subject to a lien**

Receivables

$Unknown          $Unknown

**Creditor's mailing address**

c/o Corporation Service Company, as Repr
P.O. Box 2576, Springfield, IL 62708
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Describe the lien**

Security Interest
_____

**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

---

Debtor      Wisdom Dental, P.A.
_____          Case number (if known)_____
              Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.21** Creditor's name
Unknown Creditor (FL UCC-1 No. 202109183225)
_____

**Creditor's mailing address**

c/o CT Corporation System, as Representa
_____
330 N Brand Blvd, Suite 700, Glendale, CA
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Receivables

$ Unknown          $ Unknown

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

**2.22** Creditor's name
Unknown Creditor (FL UCC-1 No. 202201898212)
_____

**Creditor's mailing address**

c/o CT Corporation System, as representat
_____
330 N Brand Blvd, Suite 700, Glendale, CA
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Receivables

$ Unknown          $ Unknown

**Describe the lien**
Security Interest

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

Debtor  Wisdom Dental, P.A.
_____
Name

Case number (if known)_____

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.23** **Creditor's name**
Unknown Creditor (FL UCC-1 No. 202201937488)
_____

**Creditor's mailing address**

c/o Corporation Service Company as Repre
P.O. Box 2576, Springfield, IL 62708
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Receivables

$ Unknown            $ Unknown

**Describe the lien**

Security Interest

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

**2.24** **Creditor's name**
Unknown Creditor (FL UCC-1 No. 202203779965)
_____

**Creditor's mailing address**

c/o Corporation Service Company, as Repr
P.O. Box 2576, Springfield, IL 62708
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Receivables

$ Unknown            $ Unknown

**Describe the lien**

Security Interest

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

Debtor  Wisdom Dental, P.A.
_____
Name

Case number *(if known)* _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.25** **Creditor's name**

Unknown Creditor (FL UCC-1 No. 202203787301)
_____

**Creditor's mailing address**

c/o Corporation Service Company as Repre
P.O. Box 2576, Springfield, IL 62708
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Receivables

$ Unknown      $ Unknown

**Describe the lien**

Security Interest

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

---

**2.26** **Creditor's name**

Unknown Creditor (FL UCC-1 No. 202500684030)
_____

**Creditor's mailing address**

c/o First Corporate Solutions, as Represent
914 S Street, Springfield, IL 95811
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Receivables

$ Unknown      $ Unknown

**Describe the lien**

Security Interest

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

---

Debtor   Wisdom Dental, P.A.
_____          Case number (if known)_____
Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Hahn Loeser & Parks LLP<br>5811 Pelican Bay Blvd.<br>Suite 650<br>Naples, FL, 34108 | Line 2. 10 | _____ |
| Hahn Loeser & Parks LLP<br>5811 Pelican Bay Blvd #650<br>Naples, FL, 34108 | Line 2. 11 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Wisdom Dental, P.A.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Middle District of Florida</td></tr>
<tr><td>Case number<br>(If known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Andrea Solorzano<br>5524 Agostino Way<br>Immokalee, FL 34142 | As of the petition filing date, the claim is: $ 840.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 840.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Wages, Salaries, Commissions | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 ) | | |
| **2.2** | Priority creditor's name and mailing address<br>Christian Franco<br>4932 Frattina Street<br>Immokalee, FL 34142 | As of the petition filing date, the claim is: $ 360.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 360.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Wages, Salaries, Commissions | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 ) | | |
| **2.3** | Priority creditor's name and mailing address<br>Christina Pinero<br>1481 Desoto Blvd S<br>Naples, FL 34117 | As of the petition filing date, the claim is: $ 1,920.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 1,920.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Wages, Salaries, Commissions | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 ) | | |

| Debtor | Wisdom Dental, P.A. | | | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

## Part 1. Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.4** Priority creditor's name and mailing address
Daniela Fernandez
1420 Desoto Blvd S
Naples, FL 34117

**Total claim** $1,152.00    **Priority amount** $1,152.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address
Diana Leiva
2426 Sanders Pine Cir
Immokalee, FL 34142

**Total claim** $576.00    **Priority amount** $576.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.6** Priority creditor's name and mailing address
Dr Ken Munoz
15522 Mark Lane Unit 2208
Naples, FL 34119

**Total claim** $6,914.00    **Priority amount** $6,914.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.7** Priority creditor's name and mailing address
Dr Martha Bedoya
9242 Shadow Oak Lane
Naples, FL 34120

**Total claim** $1,520.00    **Priority amount** $1,520.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Wisdom Dental, P.A. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.8  Priority creditor's name and mailing address**
Dr Nicole Ricart
15522 Mark Lane Unit 2208
Naples, FL 34119

Total claim: $ 5,684.00
Priority amount: $ 5,864.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.9  Priority creditor's name and mailing address**
Dr. Helem Gutierrez
6611 NW 20th Street
Pompano Beach, FL 33063

Total claim: $ 1,230.00
Priority amount: $ 1,230.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.10  Priority creditor's name and mailing address**
Dr. Steve Criscuolo
16248 NW 8th Dr.
Pembroke Pines, FL 33028

Total claim: $ 132.00
Priority amount: $ 132.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.11  Priority creditor's name and mailing address**
Elier Abreut Perez
1200 Sw 91st Ave
Miami, FL 33174

Total claim: $ 1,080.00
Priority amount: $ 1,080.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor | Wisdom Dental, P.A. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 1. | Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.12** **Priority creditor's name and mailing address**
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Total claim: $ 89,460.41    Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.13** **Priority creditor's name and mailing address**
Jacqueline Arce
1292 Allegience Way
Immokalee, FL 34143

Total claim: $ 1,900.00    Priority amount: $ 1,900.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.14** **Priority creditor's name and mailing address**
Jessica Cannon
4542 Battlecreek Way
Immokalee, FL 34142

Total claim: $ 160.00    Priority amount: $ 160.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.15** **Priority creditor's name and mailing address**
Karina Cruz Perez
5529 Aquila Ave
Immokalee, FL 34142

Total claim: $ 368.00    Priority amount: $ 368.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Wisdom Dental, P.A. | |
|---|---|---|
| | Name | |

Case number (if known) _____

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.16  Priority creditor's name and mailing address**
Luisa Oyuela
3410 26th ST W
Lehigh Acres, FL 33971

$ 483.00        $ 483.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.17  Priority creditor's name and mailing address**
Maybi Torres
5120 Salerno St
Immokalee, FL 34142

$ 1,128.00        $ 1,128.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.18  Priority creditor's name and mailing address**
Nallely Sanchez
1982 Alexander Circle
Immokalee, FL 34142

$ 912.00        $ 912.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.19  Priority creditor's name and mailing address**
Yamilet Romero
558 11th St NW
Naples, FL 34120

$ 368.00        $ 368.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor | Wisdom Dental, P.A. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**      **Priority amount**

---

**2.20 Priority creditor's name and mailing address**
Yanelin Martin
2263 16th St NE
Naples, FL 34120

$ 1,504.00     $ 1,504.00

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.21 Priority creditor's name and mailing address**
Zahily Gomez Garcia
2885 27th Ave NE
Naples, FL 34120

$ 1,764.00     $ 1,764.00

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2. Priority creditor's name and mailing address**

$ _____    $ _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2. Priority creditor's name and mailing address**

$ _____    $ _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

| Debtor | Wisdom Dental, P.A. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
Ave Maria Development, LLLP
2600 Golden Gate Parkway
Naples, FL 34105

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Rent

$ 4,344.75

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
Bank of America Corporation
P O Box 15710
Wilmington, DE 19886

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Credit Card Debt

$ 15,528.88

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
BonaDent Dental Laboratories
3189 Princeton Rd
Suite 217
Hamilton, OH 45011

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Suppliers or Vendors

$ 7,626.97

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
Discover Financial Services, Inc
P O Box 30923
Salt Lake City , UT 84130

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Credit Card Debt

$ 20,137.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
Elan Financial Services
P O BOX 790408
ST. Louis, MI 63179

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Credit Card Debt

$ 8,200.11

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
Midwest Dental Arts
1291 HWY 965
Swisher, IA 52338

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  Suppliers or Vendors

$ 6,126.45

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Wisdom Dental, PLLC |  |
|---|---|---|
|  | Name |  |
|  |  | Case number *(if known)* |

| **Part 2:** | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.**_7_  **Nonpriority creditor's name and mailing address**

Shell Consulting Group, LLC
3960 Radio Road Suite 102
Naples, FL 34104

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 31,123.06

---

**3.**____  **Nonpriority creditor's name and mailing address**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

**3.**____  **Nonpriority creditor's name and mailing address**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

**3.**____  **Nonpriority creditor's name and mailing address**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

**3.**____  **Nonpriority creditor's name and mailing address**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

Debtor   Wisdom Dental Arts
         Name                                              Case number *(if known)*_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 119,455.41 |
| 5b. **Total claims from Part 2** | 5b. | **+** | $ 93,087.22 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 212,542.63 |

**Fill in this information to identify the case:**

Debtor name ___Wisdom Dental, P.A.___

United States Bankruptcy Court for the: ___Middle District of Florida___

Case number (If known): _____    Chapter ___11___

☐ Check if this is an
amended filing

<u>Official Form 206G</u>

## Schedule G: Executory Contracts and Unexpired Leases                    **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement for 5064 Annunciation Circle, Suite 101, Ave Maria, FL 34142 | Ave Maria Development, LLLP 2600 Golden Gate Parkway Naples, FL, 34105 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name  Wisdom Dental, P.A.

United States Bankruptcy Court for the:  Middle District of Florida

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| | |
|---|---|
| **1.** | **Does the debtor have any codebtors?** |
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes |
| **2.** | **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.** |

| Column 1: Codebtor | | | Column 2: Creditor | |
|---|---|---|---|---|
| **Name** | **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.1 Wisdom Akpaka | 5064 Annunciation Cir 101 Immokalee, FL 34142 | | Unknown Creditor (FL UC | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Wisdom Akpaka | 5064 Annunciation Cir 101 Immokalee, FL 34142 | | Fox Funding Group | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Dental Smiles of Hall | 5064 Annunciation Cir 101 Immokalee, FL 34142 | | Unknown Creditor (FL UC | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 Bright Smiles Dental | 5064 Annunciation Cir 101 Immokalee, FL 34142 | | Unknown Creditor (FL UC | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 Naples Implant and S | 10600 Tamiami Trail N Suite 598 Naples, FL 34108 | | Unknown Creditor (FL UC | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 Care One Dental of E | 2275 S federal Hwy, Delray Beach, FL 33483 | | Unknown Creditor (FL UC | ☑ D<br>☐ E/F<br>☐ G |

Debtor    Wisdom Dental, P.A.
_____    Case number (if known)_____
Name

 Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | Mailing address | **Name** | Check all schedules that apply: |
| 2.7 | Bright Smiles Dental Studio, P.A. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 Lien No. 202301193610) | ☑ D ☐ E/F ☐ G |
| 2.8 | Florida Sleep Clinic, Inc. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 Lien No. 202301193610) | ☑ D ☐ E/F ☐ G |
| 2.9 | Naples Cosmetic, Implant, Emergency & Sedation Dentistry | 10600 Tamiami Trl N Ste 598 Naples, FL 34108 | Unknown Creditor (FL UCC-1 Lien No. 202301193610) | ☑ D ☐ E/F ☐ G |
| 2.10 | Naples Dental Studio-Cosmetic Dentists | 10600 Tamiami Trail N Ste 598 Naples, FL 34108 | Unknown Creditor (FL UCC-1 Lien No. 202301193610) | ☑ D ☐ E/F ☐ G |
| 2.11 | NISD | 10600 Tamiami Trail N Ste 598 Naples, FL 34108 | Unknown Creditor (FL UCC-1 Lien No. 202301193610) | ☑ D ☐ E/F ☐ G |
| 2.12 | Wisdom Akpaka, DDS P.A. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 Lien No. 202301193610) | ☑ D ☐ E/F ☐ G |
| 2.13 | Dental One | 4100 McEwen Rd Dallas, TX 75244 | Unknown Creditor (FL UCC-1 Lien No. 202301193610) | ☑ D ☐ E/F ☐ G |
| 2.14 | Wisdom Akpaka, DDS P.A. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | CHTD Company | ☑ D ☐ E/F ☐ G |

Debtor    Wisdom Dental, P.A.
_____
Name

Case number (if known)_____

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.15 Ave Maria Dentistry | 5064 Annunciation Cir 101 Immokalee, FL 34142 | CHTD Company | ☑ D ☐ E/F ☐ G |
| 2.16 Florida Sleep Clinic, Inc. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | CHTD Company | ☑ D ☐ E/F ☐ G |
| 2.17 Dental Smiles of Hallandale Beach, Inc. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | CHTD Company | ☑ D ☐ E/F ☐ G |
| 2.18 Care One Dental of Boca P.A. | 9750 NW 33rd St #217 Pompano Beach, FL 33065 | CHTD Company | ☑ D ☐ E/F ☐ G |
| 2.19 Dental One | 4100 McEwen Rd Dallas, TX 75244 | CHTD Company | ☑ D ☐ E/F ☐ G |
| 2.20 Naples Implant and Sedation Dentistry, Inc | 10600 Tamiami Trail N Suite 598 Naples, FL 34108 | CHTD Company | ☑ D ☐ E/F ☐ G |
| 2.21 Wisdom Dental Supply | 5064 Annunciation Cir 101 Immokalee, FL 34142 | CHTD Company | ☑ D ☐ E/F ☐ G |
| 2.22 Wisdom Akpaka | 5064 Annunciation Cir 101 Immokalee, FL 34142 | CHTD Company | ☑ D ☐ E/F ☐ G |

Debtor     Wisdom Dental, P.A.
           _____          Case number (if known)_____
           Name

 Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | Mailing address | **Name** | Check all schedules that apply: |
| 2.23 | Ave Maria Dentistry, Inc. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 Lien No. 202403051487) | ☑ D ☐ E/F ☐ G |
| 2.24 | Naples Implant and Sedation Dentistry, Inc | 10600 Tamiami Trail N Suite 598 Naples, FL 34108 | Unknown Creditor (FL UCC-1 Lien No. 202403051487) | ☑ D ☐ E/F ☐ G |
| 2.25 | Wisdom Akpaka, DDS P.A. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 Lien No. 202403051487) | ☑ D ☐ E/F ☐ G |
| 2.26 | Bright Smiles Dental Studio, P.A. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 Lien No. 202403051487) | ☑ D ☐ E/F ☐ G |
| 2.27 | Ave Maria Dentist Wisdom Akpaka, D.D.S. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 No. 202106886990) | ☑ D ☐ E/F ☐ G |
| 2.28 | Dental Smiles of Hallandale Beach, Inc. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 No. 202106886990) | ☑ D ☐ E/F ☐ G |
| 2.29 | Bright Smiles Dental Studio, P.A. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 No. 202106886990) | ☑ D ☐ E/F ☐ G |
| 2.30 | Ave Maria Dentistry | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 No. 202106886990) | ☑ D ☐ E/F ☐ G |

| Debtor | Wisdom Dental, P.A. | Case number *(if known)* |
|--------|---------------------|--------------------------|
|        | Name                |                          |

 Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.31 | Wisdom Akpaka | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 No. 202106886990) | ☑ D ☐ E/F ☐ G |
| 2.32 | Wisdom Akpaka, DDS P.A. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 No. 202106886990) | ☑ D ☐ E/F ☐ G |
| 2.33 | Ave Maria Dentistry | 5064 Annunciation Cir 101 Immokalee, FL 34142 | The LCF Group, Inc. | ☑ D ☐ E/F ☐ G |
| 2.34 | Wisdom Akpaka, DDS P.A. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | The LCF Group, Inc. | ☑ D ☐ E/F ☐ G |
| 2.35 | Dental Smiles of Hallandale Beach, Inc. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | The LCF Group, Inc. | ☑ D ☐ E/F ☐ G |
| 2.36 | Florida Sleep Clinic, Inc. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | The LCF Group, Inc. | ☑ D ☐ E/F ☐ G |
| 2.37 | Wisdom Akpaka, DDS P.A. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 No. 202201898212) | ☑ D ☐ E/F ☐ G |
| 2.38 | Florida Sleep Clinic, Inc. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 No. 202201898212) | ☑ D ☐ E/F ☐ G |

| Debtor | Wisdom Dental, P.A. | Case number (if known) |
|---|---|---|
| | Name | |



**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.39 | Bright Smiles Dental Studio, P.A. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 No. 202201898212) | ☑ D ☐ E/F ☐ G |
| 2.40 | Wisdom Akpaka | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 No. 202201898212) | ☑ D ☐ E/F ☐ G |
| 2.41 | Bright Smiles Dental Studio, P.A. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | The LCF Group, Inc. | ☑ D ☐ E/F ☐ G |
| 2.42 | Wisdom Akpaka | 5064 Annunciation Cir Suite 101 Immokalee, FL 34142 | The LCF Group, Inc. | ☑ D ☐ E/F ☐ G |
| 2.43 | Naples Implant and Sedation Dentistry, Inc | 10600 Tamiami Trail N Suite 598 Naples, FL 34108 | Unknown Creditor (FL UCC-1 No. 202201898212) | ☑ D ☐ E/F ☐ G |
| 2.44 | Wisdom Akpaka, DDS P.A. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 No. 202203787301) | ☑ D ☐ E/F ☐ G |
| 2.45 | Florida Sleep Clinic, Inc. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 No. 202203787301) | ☑ D ☐ E/F ☐ G |
| 2.46 | Dental Smiles of Hallandale Beach, Inc. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 No. 202203787301) | ☑ D ☐ E/F ☐ G |

Debtor    Wisdom Dental, P.A.
_____    Case number *(if known)*_____
          Name

 **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.<u>47</u> Wisdom Akpaka | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 No. 202203787301) | ☑ D ☐ E/F ☐ G |
| 2.<u>48</u> Ave Maria Dentistry, Inc. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 No. 202500684030) | ☑ D ☐ E/F ☐ G |
| 2.<u>49</u> Wisdom Akpaka | 6035 Diamonte Pl Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 No. 202500684030) | ☑ D ☐ E/F ☐ G |
| 2.<u>50</u> Naples Implant and Sedation Dentistry, Inc | 10600 Tamiami Trail N Suite 598 Naples, FL 34108 | Unknown Creditor (FL UCC-1 No. 202201937488) | ☑ D ☐ E/F ☐ G |
| 2.<u>51</u> Naples Dental Studio | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 No. 202201937488) | ☑ D ☐ E/F ☐ G |
| 2.<u>52</u> Naples Dental Studio-Cosmetic Dentists | 10600 Tamiami Trail N Ste 598 Naples, FL 34108 | Unknown Creditor (FL UCC-1 No. 202201937488) | ☑ D ☐ E/F ☐ G |
| 2.<u>53</u> Naples Cosmetic, Implant, Emergency & Sedation Dentistry | 10600 Tamiami Trl N Ste 598 Naples, FL 34108 | Unknown Creditor (FL UCC-1 No. 202201937488) | ☑ D ☐ E/F ☐ G |
| 2.<u>54</u> Wisdom Akpaka, DDS P.A. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 No. 202201937488) | ☑ D ☐ E/F ☐ G |

Debtor    Wisdom Dental, P.A.
_____    Case number (if known)_____
Name

 **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.55 Florida Sleep Clinic, Inc. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 No. 202201937488) | ☑ D ☐ E/F ☐ G |
| 2.56 Dental Smiles of Hallandale Beach, Inc. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 No. 202201937488) | ☑ D ☐ E/F ☐ G |
| 2.57 Bright Smiles Dental Studio, P.A. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 No. 202201937488) | ☑ D ☐ E/F ☐ G |
| 2.58 Ave Maria Dentistry | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 No. 202201937488) | ☑ D ☐ E/F ☐ G |
| 2.59 Wisdom Akpaka | 6035 Diamonte PL Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 No. 202500684030) | ☑ D ☐ E/F ☐ G |
| 2.60 Bright Smiles Dental Studio, P.A. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 No. 202500684030) | ☑ D ☐ E/F ☐ G |
| 2.61 Ave Maria Dentist Wisdom Akpaka, D.D.S. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 No. 202500684030) | ☑ D ☐ E/F ☐ G |
| 2.62 Care One Dental of Boca P.A. | 9750 NW 33rd St #217 Pompano Beach, FL 33065 | Unknown Creditor (FL UCC-1 No. 202500684030) | ☑ D ☐ E/F ☐ G |

| Debtor | Wisdom Dental, P.A. | Case number (if known) |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.63 | Dental One, Inc. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 No. 202500684030) | ☑ D ☐ E/F ☐ G |
| 2.64 | Dental Smiles of Hallandale Beach, Inc. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 No. 202500684030) | ☑ D ☐ E/F ☐ G |
| 2.65 | Naples Implant and Sedation Dentistry, Inc | 10600 Tamiami Trail N Suite 598 Naples, FL 34108 | Unknown Creditor (FL UCC-1 No. 202500684030) | ☑ D ☐ E/F ☐ G |
| 2.66 | Wisdom Dental Supply | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 No. 202500684030) | ☑ D ☐ E/F ☐ G |
| 2.67 | Bright Smiles Dental Studio, P.A. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 No. 202203787301) | ☑ D ☐ E/F ☐ G |
| 2.68 | Naples Implant and Sedation Dentistry, Inc | 10600 Tamiami Trl N Ste 598 Naples, FL 34108 | Unknown Creditor (FL UCC-1 No. 202203787301) | ☑ D ☐ E/F ☐ G |
| 2.69 | Naples Implant and Sedation Dentistry, Inc | 10600 Tamiami Trail N Suite 598 Naples, FL 34108 | Unknown Creditor (FL UCC-1 No. 202203779965) | ☑ D ☐ E/F ☐ G |
| 2.70 | Bright Smiles Dental Studio, P.A. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 No. 202203779965) | ☑ D ☐ E/F ☐ G |

| Debtor | Wisdom Dental, P.A. | Case number (if known) |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.71 | Wisdom Akpaka, DDS P.A. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 No. 202203779965) | ☑ D ☐ E/F ☐ G |
| 2.72 | Florida Sleep Clinic, Inc. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 No. 202203779965) | ☑ D ☐ E/F ☐ G |
| 2.73 | NISD | 10600 Tamiami Trail N Ste 598 Naples, FL 34108 | Unknown Creditor (FL UCC-1 No. 202201937488) | ☑ D ☐ E/F ☐ G |
| 2.74 | Wisdom Akpaka | 6035 DIAMONTE PL Immokalee, FL 34142 | Unknown Creditor (FL UCC-1 No. 202201937488) | ☑ D ☐ E/F ☐ G |
| 2.75 | Wisdom Akpaka | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Seacoast National Bank | ☑ D ☐ E/F ☐ G |
| 2.76 | Wisdom Akpaka, DDS P.A. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Seacoast National Bank | ☑ D ☐ E/F ☐ G |
| 2.77 | Wisdom Akpaka | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Seacoast National Bank | ☑ D ☐ E/F ☐ G |
| 2.78 | Bright Smiles Dental Studio, P.A. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Seacoast National Bank | ☑ D ☐ E/F ☐ G |

| Debtor | Wisdom Dental, P.A. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

<table>
<tr><td colspan="5"><strong>Additional Page if Debtor Has More Codebtors</strong></td></tr>
</table>

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.<u>79</u> Wisdom Akpaka, DDS P.A. | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Seacoast National Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.<u>80</u> Wisdom Akpaka | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Bank of America Corporation | ☐ D<br>☑ E/F<br>☐ G |
| 2.<u>81</u> Wisdom Akpaka | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Fresh Funding Solutions Inc | ☑ D<br>☐ E/F<br>☐ G |
| 2.<u>82</u> Wisdom Akpaka | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Ave Maria Development, LLLP | ☐ D<br>☑ E/F<br>☐ G |
| 2.<u>83</u> Wisdom Akpaka | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Newco Capital Group | ☑ D<br>☐ E/F<br>☐ G |
| 2.<u>84</u> Wisdom Akpaka | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Discover Financial Services, Inc | ☐ D<br>☑ E/F<br>☐ G |
| 2.<u>85</u> Wisdom Akpaka | 5064 Annunciation Cir 101 Immokalee, FL 34142 | U.S. Small Business Administration | ☑ D<br>☐ E/F<br>☐ G |
| 2.<u>86</u> Wisdom Akpaka | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Elan Financial Services | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Wisdom Dental, P.A. | Case number (if known) |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.**87** | Wisdom Akpaka | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Plexe LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.**88** | Wisdom Akpaka | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Alo Capital Funding | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.**89** | Wisdom Akpaka | 5064 Annunciation Cir 101 Immokalee, FL 34142 | Lotus Funding Group LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.___ | | | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.___ | | | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.___ | | | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.___ | | | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.___ | | | | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Wisdom Dental, P.A._____

United States Bankruptcy Court for the: __Middle District of Florida_____

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___08/06/2025___        ✖ /s/ Wisdom Akpaka _____
              MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                          Wisdom Akpaka _____
                                          Printed name

                                          President _____
                                          Position or relationship to debtor

United States Bankruptcy Court

Middle District of Florida

In re:  Wisdom Dental, P.A.

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____08/06/2025_____

/s/ Wisdom Akpaka
_____
Signature of Individual signing on behalf of debtor

President
_____
Position or relationship to debtor

Alo Capital Funding
1515 Pine St.
Lakewood, NJ 08701

Andrea Solorzano
5524 Agostino Way
Immokalee, FL 34142

Ave Maria Dentist Wisdom Akpaka, D.D.S.
5064 Annunciation Cir
101
Immokalee, FL 34142

Ave Maria Dentistry
5064 Annunciation Cir
101
Immokalee, FL 34142

Ave Maria Dentistry, Inc.
5064 Annunciation Cir
101
Immokalee, FL 34142

Ave Maria Development, LLLP
2600 Golden Gate Parkway
Naples, FL 34105

Bank of America Corporation
P O Box 15710
Wilmington, DE 19886

BonaDent Dental Laboratories
3189 Princeton Rd
Suite 217
Hamilton, OH 45011

Bright Smiles Dental Studio, P.A.
5064 Annunciation Cir
101
Immokalee, FL 34142

Capytal
66 Avenue de New York
75116 Paris
France,

Care One Dental of Beca P.A.
2275 S federal Hwy,
Delray Beach, FL 33483

Care One Dental of Boca P.A.
9750 NW 33rd St #217
Pompano Beach, FL 33065

Christian Franco
4932 Frattina Street
Immokalee, FL 34142

Christina Pinero
1481 Desoto Blvd S
Naples, FL 34117

CHTD Company
P.O. Box 2576
Springfield, IL 62708

Daniela Fernandez
1420 Desoto Blvd S
Naples, FL 34117

Dental One
4100 McEwen Rd
Dallas, TX 75244

Dental One, Inc.
5064 Annunciation Cir
101
Immokalee, FL 34142

Dental Smiles of Hallandale Beach, Inc.
5064 Annunciation Cir
101
Immokalee, FL 34142

Diana Leiva
2426 Sanders Pine Cir
Immokalee, FL 34142

Discover Financial Services, Inc
P O Box 30923
Salt Lake City , UT 84130

Dr Ken Munoz
15522 Mark Lane Unit 2208
Naples, FL 34119

Dr Martha Bedoya
9242 Shadow Oak Lane
Naples, FL 34120

Dr Nicole Ricart
15522 Mark Lane Unit 2208
Naples, FL 34119

Dr. Helem Gutierrez
6611 NW 20th Street
Pompano Beach, FL 33063

Dr. Steve Criscuolo
16248 NW 8th Dr.
Pembroke Pines, FL 33028

Elan Financial Services
P O BOX 790408
ST. Louis, MI 63179

Elier Abreut Perez
1200 Sw 91st Ave
Miami, FL 33174

Florida Sleep Clinic, Inc.
5064 Annunciation Cir
101
Immokalee, FL 34142

Fox Funding Group
803 S 21st Ave
Hollywood, FL 33020

Fresh Funding Solutions Inc
42 Broadway
Ste. 1815
New York, NJ 10004

Hahn Loeser & Parks LLP
5811 Pelican Bay Blvd.
Suite 650
Naples, FL 34108

Hahn Loeser & Parks LLP
5811 Pelican Bay Blvd #650
Naples, FL 34108

Highland Capital Corporation
370 Pascack Road,
Washington, NJ 07676

Highland Capital Corporation
370 Pascack Rd
Washington, NJ 07676

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jacqueline Arce
1292 Allegience Way
Immokalee, FL 34143

Jessica Cannon
4542 Battlecreek Way
Immokalee, FL 34142

Karina Cruz Perez
5529 Aquila Ave
Immokalee, FL 34142

Lotus Funding Group LLC
7 Elmwood Drive
301-3L
New City, NY 10956

Luisa Oyuela
3410 26th ST W
Lehigh Acres, FL 33971

Maybi Torres
5120 Salerno St
Immokalee, FL 34142

Midwest Dental Arts
1291 HWY 965
Swisher, IA 52338

Nallely Sanchez
1982 Alexander Circle
Immokalee, FL 34142

Naples Cosmetic, Implant, Emergency & Sedatio
10600 Tamiami Trl N
Ste 598
Naples, FL 34108

Naples Dental Studio
5064 Annunciation Cir
101
Immokalee, FL 34142

Naples Dental Studio-Cosmetic Dentists
10600 Tamiami Trail N
Ste 598
Naples, FL 34108

Naples Implant and Sedation Dentistry, Inc
10600 Tamiami Trail N
Suite 598
Naples, FL 34108

Naples Implant and Sedation Dentistry, Inc
10600 Tamiami Trl N
Ste 598
Naples, FL 34108

Newco Capital Group
333 W Commercial st
Suite 324
East Rochester, NY 14445

NISD
10600 Tamiami Trail N
Ste 598
Naples, FL 34108

Plexe LLC
6295 Greenwood Plaza Blvd
Suite 100
Englewood, CO 80111

Seacoast National Bank
815 Colorado Avenue
Stuart, FL 34995

Seacoast National Bank
815 Colorado Ave
PO Box 9012
Stuart, FL 34995

Shell Consulting Group, LLC
3960 Radio Road Suite 102
Naples, FL 34104

The LCF Group, Inc.
3000 Marcus Avenue
Suite 2W15
New Hyde Park, NY 11042

U.S. Small Business Administration
51 SW 1st Avenue
Suite 201
Miami, FL 33130

Unknown Creditor (FL UCC-1 202300250433)
c/o Corporation Service Company as Repre
P.O. Box 2576
Springfield, IL 62708

Unknown Creditor (FL UCC-1 Lien No. 202202430
c/o C T Corporation System, as Represent
333 N Brand Blvd, Suite 700
Glendale, CA 91203

Unknown Creditor (FL UCC-1 Lien No. 203301193
c/o C T CORPORATION SYSTEM as Representa
333 N BRAND BLVD, SUITE 700
Glendale, CA 91203

Unknown Creditor (FL UCC-1 Lien No. 202403051
c/o C T CORPORATION SYSTEM as Representa
333 N BRAND BLVD, SUITE 700
Glendale, CA 91203

Unknown Creditor (FL UCC-1 No. 202005117704)
c/o C T Corporation System, as Represent
330 N Brand Blvd, Suite 700
Glendale, CA 91203

Unknown Creditor (FL UCC-1 No. 202202784272)
c/o Corporation Service Company as Repre
P.O. Box 2576
Springfield, IL 62708

Unknown Creditor (FL UCC-1 No. 202106886990)
c/o Corporation Service Company, as Repr
P.O. Box 2576
Springfield, IL 62708

Unknown Creditor (FL UCC-1 No. 202109183225)
c/o CT Corporation System, as Representa
330 N Brand Blvd, Suite 700
Glendale, CA 91203

Unknown Creditor (FL UCC-1 No. 202201898212)
c/o CT Corporation System, as representa
330 N Brand Blvd, Suite 700
Glendale, CA 91203

Unknown Creditor (FL UCC-1 No. 202201937488)
c/o Corporation Service Company as Repre
P.O. Box 2576
Springfield, IL 62708

Unknown Creditor (FL UCC-1 No. 202203779965)
c/o Corporation Service Company, as Repr
P.O. Box 2576
Springfield, IL 62708

Unknown Creditor (FL UCC-1 No. 202203787301)
c/o Corporation Service Company as Repre
P.O. Box 2576
Springfield, IL 62708

Zahily Gomez Garcia
2885 27th Ave NE
Naples, FL 34120

Unknown Creditor (FL UCC-1 No. 202500684030)
c/o First Corporate Solutions, as Repres
914 S Street
Springfield, IL 95811

Wisdom Akpaka
5064 Annunciation Cir
101
Immokalee, FL 34142

Wisdom Akpaka
5064 Annunciation Cir
Suite 101
Immokalee, FL 34142

Wisdom Akpaka
6035 Diamonte Pl
Immokalee, FL 34142

Wisdom Akpaka
6035 Diamonte PL
Immokalee, FL 34142

Wisdom Akpaka
6035 DIAMONTE PL
Immokalee, FL 34142

Wisdom Akpaka, DDS P.A.
5064 Annunciation Cir
101
Immokalee, FL 34142

Wisdom Dental Supply
5064 Annunciation Cir
101
Immokalee, FL 34142

Yamilet Romero
558 11th St NW
Naples, FL 34120

Yanelin Martin
2263 16th St NE
Naples, FL 34120

**United States Bankruptcy Court**

**IN RE:**                                                    Case No._____

Wisdom Dental, P.A.
_____    Chapter _____

### LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Wisdom Akpaka 5064 ANNUNCIATION CIRCLE Ste 101, Ave Maria, FL 34142 | 100 | President |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** <u>Florida - Middle</u>

In re <u>Wisdom Dental, P.A.</u>

Case No. _____

Chapter <u>11</u>

_____
(Debtor(s))

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate

possible disqualification or recusal, the undersigned counsel for <u>Wisdom Dental, P.A.</u>

in the above captioned action, certifies that the following is a (are) corporation(s), other than the

debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the

corporation(s') equity interests, or states that there are no entities to report under FRBP 7007:

☑ None [check if applicable]

<u>08/04/2025</u>                                    <u>/s/ Michael Dal Lago</u>

Date                                                           Statement of attorney or Litigant

# Financial Statement

Ave Maria Dentistry
For the period ended June 30, 2025

Prepared by
Duit Icenhour Tax & Accounting PA

Prepared on
July 11, 2025

# Table of contents

Balance Sheet........................................................................................................................................4

Profit and Loss ....................................................................................................................................6

Profit and Loss by Month ...................................................................................................................7

Statement of Cash Flows....................................................................................................................9

Duit Icenhour Tax & Accounting PA

Ave Maria Dentistry

Dear Stockholder (s):

We have compiled the accompanying balance sheet of Ave Maria Dentistry as of June 30, 2025 and the related statement of operations for the period then ended.

A compilation is limited to the presenting in the form of a financial statement information that is the representation of management. We have not audited or reviewed the accompanying financial statements and, accordingly, do not express an opinion or any other form of assurance on them.

Management has elected to omit substantially all of the disclosures and the statement of changes in cash flow. If the omitted disclosures were included in the financial statements they might influence the users conclusions about the company's financial position and results of operations. Accordingly, these financial statements are not designed for those who are not informed about such matters.

The accompanying statements do not include the accrual and related provisions or benefit for income taxes, if any, the effects of which have not been determined.

Very truly yours,

Duit Icenhour Tax & Accounting PA

# Balance Sheet

As of June 30, 2025

|  | Total |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| Bank of America Checking #8110 | 184.07 |
| SeacoastBank Checking #7135 | (9,342.81) |
| **Total Bank Accounts** | **(9,158.74)** |
| **Other Current Assets** | |
| MJ Capital Funding | 1,756,610.88 |
| **Total Other Current Assets** | **1,756,610.88** |
| **Total Current Assets** | **1,747,452.14** |
| **Fixed Assets** | |
| Accumulated Depreciation | (742,813.00) |
| Furniture | 49,250.00 |
| Leasehold Improvements | 38,000.00 |
| Machinery & Equipment | 713,935.68 |
| **Total Fixed Assets** | **58,372.68** |
| **Other Assets** | |
| Accumulated Amortization | (195,266.50) |
| Lender Holdback | 105,050.00 |
| Non Competition Agreement | 404,000.00 |
| **Total Other Assets** | **313,783.50** |
| **TOTAL ASSETS** | **$2,119,608.32** |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Due To/From Bright Smiles Dental | 190,142.88 |
| Payroll Liabilities | 21,465.47 |
| Federal Taxes (941/943/944) | 10,836.72 |
| Federal Unemployment (940) | 247.83 |
| FL Unemployment Tax | 26.56 |
| **Total Payroll Liabilities** | **32,576.58** |
| **Total Other Current Liabilities** | **222,719.46** |
| **Total Current Liabilities** | **222,719.46** |
| **Long-Term Liabilities** | |
| Alo Capital Group | 19,810.80 |

| | Total |
|---|---|
| Highland Capital | 48,552.74 |
| Optum Bank | 20,500.00 |
| Practice Loan | 300,287.00 |
| SBA Loan | 1,473,624.00 |
| **Total Long-Term Liabilities** | **1,862,774.54** |
| **Total Liabilities** | **2,085,494.00** |
| Equity | |
| Distributions | (52,011.14) |
| Retained Earnings | (6,100.71) |
| Net Income | 92,226.17 |
| **Total Equity** | **34,114.32** |
| **TOTAL LIABILITIES AND EQUITY** | **$2,119,608.32** |

# Profit and Loss

June 2025

|  | Total | |
| --- | ---: | ---: |
|  | Jun 2025 | % of Income |
| **INCOME** | | |
| Sales | 138,597.11 | 100.00 % |
| **Total Income** | **138,597.11** | **100.00 %** |
| **EXPENSES** | | |
| Bank Charges | 1,219.70 | 0.88 % |
| Entertainment | 162.44 | 0.12 % |
| Insurance | 1,850.70 | 1.34 % |
| Interest | 64,787.07 | 46.74 % |
| Laboratory Fees | 5,618.00 | 4.05 % |
| Office Expense | 1,437.10 | 1.04 % |
| Outside Services | 22,840.10 | 16.48 % |
| Payroll Expenses | | |
| Taxes | 3,257.90 | 2.35 % |
| Wages | 41,913.17 | 30.24 % |
| **Total Payroll Expenses** | **45,171.07** | **32.59 %** |
| Professional Fees | 990.00 | 0.71 % |
| Repairs & Maintenance | 1,400.00 | 1.01 % |
| Supplies | 11,789.42 | 8.51 % |
| Utilities | 209.56 | 0.15 % |
| **Total Expenses** | **157,475.16** | **113.62 %** |
| **NET OPERATING INCOME** | **(18,878.05)** | **(13.62 %)** |
| **OTHER EXPENSES** | | |
| Amortization | 2,244.42 | 1.62 % |
| Depreciation | 1,621.50 | 1.17 % |
| **Total Other Expenses** | **3,865.92** | **2.79 %** |
| **NET OTHER INCOME** | **(3,865.92)** | **(2.79 %)** |
| **NET INCOME** | **$ (22,743.97)** | **(16.41 %)** |

# Profit and Loss by Month

January - June, 2025

| | Jan 2025 | Feb 2025 | Mar 2025 | Apr 2025 | May 2025 | Jun 2025 | Total |
|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | |
| Sales | 148,804.29 | 187,262.77 | 222,892.71 | 182,383.03 | 142,173.54 | 138,597.11 | 1,022,113.45 |
| **Total Income** | **148,804.29** | **187,262.77** | **222,892.71** | **182,383.03** | **142,173.54** | **138,597.11** | **1,022,113.45** |
| **EXPENSES** | | | | | | | |
| Auto Expense | 4.23 | | 8.00 | | | | 12.23 |
| Bank Charges | 525.41 | 250.95 | 687.45 | 784.95 | 1,168.95 | 1,219.70 | 4,637.41 |
| Computer Costs | 481.99 | 1,575.00 | 1,375.00 | | | | 3,431.99 |
| Continuing Education | 49.99 | | | | | | 49.99 |
| Entertainment | 358.58 | 480.52 | 378.16 | | | 162.44 | 1,379.70 |
| Equipment Rental | | 1,452.98 | | | | | 1,452.98 |
| Insurance | 812.24 | 223.69 | 2,594.22 | 905.21 | 376.57 | 1,850.70 | 6,762.63 |
| Interest | | 5,999.61 | 15,252.83 | 21,352.71 | 20,740.52 | 64,787.07 | 128,132.74 |
| Laboratory Fees | 500.00 | 10,193.84 | 15,413.73 | 4,538.00 | 11,815.60 | 5,618.00 | 48,079.17 |
| License & Permits | 196.00 | | | | | | 196.00 |
| Merchant Fees | 175.00 | 2,247.86 | 377.00 | 560.00 | | | 3,359.86 |
| Office Expense | 1,269.21 | 1,315.76 | 7,257.42 | 1,871.82 | 1,916.87 | 1,437.10 | 15,068.18 |
| Outside Services | 79,945.93 | 53,363.07 | 59,847.81 | 31,026.73 | 50,550.80 | 22,840.10 | 297,574.44 |
| Payroll Expenses | | | | | | | 0.00 |
|   Taxes | 2,462.22 | 3,356.34 | 3,639.31 | 3,337.40 | 3,505.51 | 3,257.90 | 19,558.68 |
|   Wages | 29,487.63 | 40,810.64 | 45,818.63 | 42,742.13 | 44,722.51 | 41,913.17 | 245,494.71 |
| **Total Payroll Expenses** | **31,949.85** | **44,166.98** | **49,457.94** | **46,079.53** | **48,228.02** | **45,171.07** | **265,053.39** |
| Postage | 10.45 | 10.85 | | | | | 21.30 |
| Professional Fees | 915.00 | 750.00 | 1,550.00 | 1,115.96 | 1,025.00 | 990.00 | 6,345.96 |
| Rent | 4,000.00 | 4,000.00 | 5,905.42 | 9,782.47 | 5,607.48 | | 29,295.37 |

| | Jan 2025 | Feb 2025 | Mar 2025 | Apr 2025 | May 2025 | Jun 2025 | Total |
|---|---|---|---|---|---|---|---|
| Repairs & Maintenance | | 650.00 | | 125.00 | | 1,400.00 | 2,175.00 |
| Supplies | 12,030.13 | 12,021.97 | 18,896.71 | 13,348.57 | 16,666.28 | 11,789.42 | 84,753.08 |
| Travel | 542.73 | | | | | | 542.73 |
| Uniforms | | | 282.07 | | | | 282.07 |
| Utilities | 711.58 | 1,929.16 | 2,175.29 | 592.98 | 2,466.97 | 209.56 | 8,085.54 |
| **Total Expenses** | **134,478.32** | **140,632.24** | **181,459.05** | **132,083.93** | **160,563.06** | **157,475.16** | **906,691.76** |
| NET OPERATING INCOME | **14,325.97** | **46,630.53** | **41,433.66** | **50,299.10** | **(18,389.52)** | **(18,878.05)** | **115,421.69** |
| OTHER EXPENSES | | | | | | | |
| Amortization | 2,244.42 | 2,244.42 | 2,244.42 | 2,244.42 | 2,244.42 | 2,244.42 | 13,466.52 |
| Depreciation | 1,621.50 | 1,621.50 | 1,621.50 | 1,621.50 | 1,621.50 | 1,621.50 | 9,729.00 |
| **Total Other Expenses** | **3,865.92** | **3,865.92** | **3,865.92** | **3,865.92** | **3,865.92** | **3,865.92** | **23,195.52** |
| NET OTHER INCOME | **(3,865.92)** | **(3,865.92)** | **(3,865.92)** | **(3,865.92)** | **(3,865.92)** | **(3,865.92)** | **(23,195.52)** |
| NET INCOME | **$10,460.05** | **$42,764.61** | **$37,567.74** | **$46,433.18** | **$ (22,255.44)** | **$ (22,743.97)** | **$92,226.17** |

# Statement of Cash Flows

June 2025

| | Total |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | (22,743.97) |
| | |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| Accumulated Depreciation | 1,621.50 |
| Accumulated Amortization | 2,244.42 |
| Due To/From Bright Smiles Dental | (1,493.96) |
| Payroll Liabilities:Federal Taxes (941/943/944) | (4,266.02) |
| Payroll Liabilities:Federal Unemployment (940) | 44.22 |
| Payroll Liabilities:FL Unemployment Tax | 7.36 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **(1,842.48)** |
| **Net cash provided by operating activities** | **(24,586.45)** |
| **FINANCING ACTIVITIES** | |
| Alo Capital Group | 10,205.20 |
| Fox Funding Group | (11,419.55) |
| Distributions | 20,227.64 |
| **Net cash provided by financing activities** | **19,013.29** |
| **NET CASH INCREASE FOR PERIOD** | **(5,573.16)** |
| Cash at beginning of period | (3,585.58) |
| **CASH AT END OF PERIOD** | **$ (9,158.74)** |